### In re J.D. EDWARDS WORLD SOLUTIONS COMPANY, Relator.

### No. 2–01–165–CV.

Court of Appeals of Texas, Fort Worth.

June 26, 2001.

Panel A: HOLMAN, DAY, and GARDNER, JJ.

## OPINION

PER CURIAM.

The court has considered relator's petition for writ of mandamus and all responses and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. The court also vacates its May 29, 2001 order that granted relator temporary relief.

Relator shall pay all costs incurred in this proceeding, for which let execution issue.